# Exhibit 2

**Marc N. Zubick**
Direct Dial: +1.312.876.7606
marc.zubick@lw.com

LATHAM & WATKINS LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700 Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

October 13, 2026

**VIA COURIER AND EMAIL**

Rising Pharma Holdings, Inc.
2 Tower Center Blvd, Ste 1401
East Brunswick, NJ 08816
Attn: Vimal Kumar Kavuru (Chief Executive Officer)
Email: vkavuru@risingpharma.com

Rising Pharma Specialities Pvt. Ltd.
1-58/2/79 Jubilee Encalve, Madhapur Vill, Madhapur, Hyderabad
500081, Telangana, India
Attn: Rahul Saikia (Chief Strategy Officer)
Attn: Ravi Kumar Vatchavai (VP of Regulatory Affairs)
Emails: rsaikia@risingpharma.com and rvatchavai@risingpharma.com

Re: Xeris Pharmaceuticals, Inc. — KEVEYIS® Dichlorphenamide Patent

Dear Mr. Kavuru, Mr. Saikia, and Mr. Vatchavai:

We represent Xeris Pharmaceuticals, Inc. ("Xeris") with respect to enforcement of its intellectual property rights relating to KEVEYIS® (dichlorphenamide). We write to notify Rising Pharma Holdings, Inc. and Rising Pharma Specialities Pvt. Ltd. (collectively, "Rising") of U.S. Patent No. 12,758,502 (the "'502 Patent"), which issued today. A copy is attached as Exhibit A. It is Xeris's position that Rising's manufacture, importation, marketing, distribution, sale, and offer for sale of generic dichlorphenamide tablets under ANDA No. 218783, along with their approved labeling induce healthcare providers, pharmacists, and/or patients to perform the methods claimed in the '502 Patent, and therefore infringe the '502 Patent claims under 35 U.S.C. § 271(b).

Claim 1 of the '502 Patent recites:

> A method of administering dichlorphenamide to treat primary hyperkalemic periodic paralysis or primary hypokalemic periodic paralysis in a human subject in need thereof, wherein the subject is also being administered famotidine for the treatment of a disease or disorder, the method comprising:
>
> discontinuing administration of the famotidine to the subject, and
>
> administering dichlorphenamide in tablet form to the subject at an initial dose of 50 mg, once or twice daily, thereby avoiding concomitant administration of famotidine and dichlorphenamide to the subject.

Rising Pharma Holdings, Inc. holds FDA-approved ANDA No. 218783 for dichlorphenamide 50 mg tablets, which Rising markets and sells in the United States (the "Rising ANDA Product"). The FDA-approved labeling for the Rising ANDA Product is attached as Exhibit B.

The labeling for the Rising ANDA Product indicates it for the treatment of primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, and related variants, directs prescribers to initiate dosing at 50 mg by mouth once or twice daily, and states in § 7.2 that "[u]se of dichlorphenamide with drugs that are sensitive to OAT1 inhibition (e.g., methotrexate, famotidine, oseltamivir) is not recommended." Based on that language, a healthcare provider, pharmacist, and/or patient who follows that labeling to administer dichlorphenamide for the treatment of primary periodic paralysis in a patient already taking famotidine will discontinue the famotidine and initiate dichlorphenamide at 50 mg once or twice daily—each step of claim 1. Those healthcare providers, pharmacists, and/or patients therefore directly infringe the '502 Patent, and Rising actively induces that infringement. By marketing and distributing the Rising ANDA Product with that labeling, Rising encourages healthcare providers, pharmacists, and/or patients to practice claim 1. Rising's continued marketing and distribution of the Rising ANDA Product with that labeling induces infringement of claim 1 of the '502 Patent, causing significant and irreparable harm to Xeris.

On June 11, 2026, Xeris publicly announced that the U.S. Patent and Trademark Office had issued a Notice of Allowance for the application that issued as the '502 Patent, that the allowed claims cover the use of KEVEYIS® (dichlorphenamide), and that Xeris would submit the resulting patent to FDA for listing in the Orange Book for KEVEYIS®. Rising is now on notice of the issuance of the '502 Patent and of Xeris's position set forth above.

Xeris demands that Rising immediately cease and desist from manufacturing, importing, marketing, distributing, selling, and offering for sale the Rising ANDA Product in a manner that induces infringement of the '502 Patent. If Rising continues inducing infringement of the '502 Patent, Xeris intends to pursue damages adequate to compensate for the infringement, together with interest and costs, including additional damages resulting from willful infringement, as well as injunctive relief and all other remedies available under applicable law.

This correspondence is made without waiver of any of Xeris's rights or remedies.

Sincerely,

/s/ *Marc N. Zubick*

Marc N. Zubick
of LATHAM & WATKINS LLP

# Exhibit A

US012758502B2

(12) **United States Patent**
**Cohen**

(10) **Patent No.: US 12,758,502 B2**
(45) **Date of Patent: *Oct. 13, 2026**

(54) **COMPOSITIONS AND METHODS OF USE**

(71) Applicant: **Strongbridge Dublin Limited**, Trevose, PA (US)

(72) Inventor: **Fredric Jay Cohen**, Washington Crossing, PA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1290 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/151,405**

(22) Filed: **Jan. 18, 2021**

(65) **Prior Publication Data**

US 2021/0290542 A1 Sep. 23, 2021

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/US2020/037169, filed on Jun. 11, 2020, and a continuation-in-part of application No. PCT/US2020/014250, filed on Jan. 20, 2020, and a continuation-in-part of application No. PCT/US2019/063505, filed on Nov. 27, 2019, which is a continuation-in-part of application No. PCT/US2019/063507, filed on Nov. 27, 2019.

(60) Provisional application No. 62/863,125, filed on Jun. 18, 2019.

(51) **Int. Cl.**
***A61K 9/16*** (2006.01)

(52) **U.S. Cl.**
CPC .......... ***A61K 9/1652*** (2013.01); ***A61K 9/1611*** (2013.01); ***A61K 9/1623*** (2013.01); ***A61K 9/1635*** (2013.01)

(58) **Field of Classification Search**
CPC .... A61K 31/18; A61K 9/1652; A61K 9/1611; A61K 9/1623; A61K 9/1635
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,105,625 B2 | 1/2012 | Rajewski | |
| 9,867,786 B2 | 1/2018 | Crowley | |
| 2006/0182804 A1 | 8/2006 | Burke | |
| 2012/0034272 A1 | 2/2012 | Kuhl | |
| 2013/0122085 A1 | 5/2013 | Dalton | |
| 2019/0169593 A1 * | 6/2019 | Tarsio | A23L 33/17 |
| 2020/0163911 A1 | 5/2020 | Cohen | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2020257037 | 12/2020 |

OTHER PUBLICATIONS

Sansone et. al. (Neurology (2016) 86:1408-1416) (Year: 2017).*
Clinicaltrails.gov NCT00494507 (2016) (Year: 2016).*
*The Novartis Pharmaceuticals Corp.* v. *Accord Healthcare, Inc.*, 21 F.4th 1362 (Fed. Cir. Jan. 3, 2022), Case No. 2021-1070. (Year: 2022).*
Kappos 2006 (p. S101, abstract P376). (Year: 2006).*
*Continental Can Co. USA* v. *Monsanto Co.*, 948 F.2d 1264, 1268 (Fed. Cir. 1991) (Year: 1991).*
Appeal 2017-010398 for U.S. Appl. No. 13/823,286 (Year: 2018).*
Pepcid® Prescribing Information (2011).*
Rambhade et al., *A Survey on Polypharmacy and Use of Inappropriate Medications*, 19 Toxicology Int'l 68-73 (2012).*
Pepcid® Prescribing Information (Jun. 2011). (Year: 2011).*
Keyevis™ Prescribing Information (Aug. 2015) (Year: 2015).*
Bhat et. al. (Indian Journal of Pharmaceutical Sciences (2005) 67:151-159). (Year: 2005).*
International Application No. PCT/US2020/037169; International Search Report and Written Opinion of the International Searching Authority, date of mailing Sep. 18, 2020; 9 pages.
Angeli; A. et al. "Famotidine, an Antiulcer Agent, Strongly Inhibits Helicobacter pylori and Human Carbonic Anhydrases" ACS Med. Chem. Lett. 2018, 9, 1035-1038.
Wulf; N. et al. "Sulfonamide cross-reactivity: Is there evidence to support broad cross-allergenicity?" Clinical Consultations, Am J Health-Syst Pharm—vol. 70 Sep. 1, 2013, 12 Pages.

* cited by examiner

*Primary Examiner* — Marcos L Sznaidman
(74) *Attorney, Agent, or Firm* — STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

(57) **ABSTRACT**

Provided is a pharmaceutical composition comprising: (a) granules comprising an active pharmaceutical ingredient, and one or more intragranular excipients; and an extragranular portion comprising at least one release modifier. Also provided are process for the preparation and methods for the use of the pharmaceutical composition.

**1 Claim, No Drawings**

## COMPOSITIONS AND METHODS OF USE

Provided is a pharmaceutical composition comprising:

(a) granules comprising an active pharmaceutical ingredient and one or more intragranular excipients; and

(b) an extragranular portion comprising at least one release modifier; wherein the release modifier is a hydroxypropyl methylcellulose or a mixture thereof, wherein the composition has a dissolution profile of at least about 80% mean drug release between about 6 hours and about 10 hours as measured using the paddle method (USP apparatus 2) with a stirring rate of 75 rotations per minute in 900 mL of phosphate buffer pH 8.0 with 0.5% hexadecyltrimethylammonium bromide at 37±0.5° C.

These and other aspects of the invention will be apparent upon reference to the following detailed description. To this end, various references are set forth herein which describe in more detail certain background information, procedures, compounds, and/or compositions, and are each hereby incorporated by reference in their entirety.

In the following description, certain specific details are set forth to provide a thorough understanding of various embodiments. However, one skilled in the art will understand that the invention may be practiced without these details. In other instances, well-known structures have not been shown or described in detail to avoid unnecessarily obscuring descriptions of the embodiments. Unless the context requires otherwise, throughout the specification and claims which follow, the word "comprise" and variations thereof, such as, "comprises" and "comprising" are to be construed in an open, inclusive sense, that is, as "including, but not limited to." Further, headings provided herein are for convenience only and do not interpret the scope or meaning of the claimed invention.

Reference throughout this specification to "one embodiment" or "an embodiment" or "some embodiments" or "a certain embodiment" means that a particular feature, structure or characteristic described for the embodiment is included in at least one embodiment. Thus, the appearances of the phrases "in one embodiment" or "in an embodiment" or "in some embodiments" or "in a certain embodiment" in various places throughout this specification are not necessarily all referring to the same embodiment. Furthermore, the particular features, structures, or characteristics may be combined in any suitable manner in one or more embodiments.

Also, as used in this specification and the appended claims, the singular forms "a," "an," and "the" include plural referents unless the content clearly dictates otherwise.

The term "and/or" when in a list of two or more items, means that any of the listed items can be employed by itself or in combination with one or more of the listed items. For example, the expression "A and/or B" means either or both of A and B, i.e. A alone, B alone or A and B in combination. The expression "A, B and/or C" is intended to mean A alone, B alone, C alone, A and B in combination, A and C in combination, B and C in combination or A, B, and C in combination.

When ranges of values are disclosed, and the notation "from $n_1$ . . . to $n_2$" or "between $n_1$ . . . and $n_2$" is used, where $n_1$ and $n_2$ are the numbers, then unless otherwise specified, this notation is intended to include the numbers themselves and the range between them. This range may be integral or continuous between and including the end values. By way of example, the range "from 1 to 3 μM (micromolar)" is



intended to include 1 μM, 3 μM, and everything in between to any number of significant figures (e.g., 1.255 μM, 2.1 μM, 2.9999 μM, etc.).

As used herein, the term "about" qualifies the numerical values that it modifies, denoting such a value as variable within a margin of error. When no margin of error, such as a standard deviation to a mean value given in a chart or table of data, is recited, the term "about" means that range which would encompass the recited value and the range which would be included by rounding up or down to that figure, considering significant figures.

As used herein, the term "disease" is intended to be generally synonymous, and is used interchangeably with, the terms "disorder," "syndrome," and "condition" (as in medical condition), in that all reflect an abnormal condition of the human or animal body or of one of its parts that impairs normal functioning, is typically manifested by distinguishing signs and symptoms, and causes the human or animal to have a reduced duration or quality of life.

As used herein, "effective amount" and "therapeutically effective amount" of an agent, compound, drug, composition or combination is an amount which is nontoxic and effective for producing some desired therapeutic effect upon administration to a subject or patient (e.g., a human subject or patient). The precise therapeutically effective amount for a subject may depend upon, e.g., the subject's size and health, the nature and extent of the condition, the therapeutics or combination of therapeutics selected for administration, and other variables known to those of skill in the art. The effective amount for a given situation is determined by routine experimentation and is within the judgment of the clinician.

As used herein, "patient" or "individual" or "subject" means a mammal, including a human, for whom or which therapy is desired, and generally refers to the recipient of the therapy.

As used herein, "active pharmaceutical ingredient" or "API" means any substance or mixture of substances intended to be used in the manufacture of a drug product and that, when used in the production of a drug, becomes an active ingredient in the drug product. Such substances are intended to furnish pharmacological activity or other direct effect in the diagnosis, cure, mitigation, treatment or prevention of disease or to affect the structure and function of the body. An active pharmaceutical ingredient also may be referred to as a drug substance.

As used herein, a patient is said to "tolerate" a dose of a compound if administering that dose to that patient does not result in an unacceptable adverse event or an unacceptable combination of adverse events. One of skill in the art will appreciate that tolerance is a subjective measure and that what may be tolerable to one patient may not be tolerable to a different patient. For example, one patient may not be able to tolerate headache, whereas a second patient may find headache tolerable but is not able to tolerate vomiting, whereas for a third patient, either headache alone or vomiting alone is tolerable, but the patient is not able to tolerate the combination of headache and vomiting, even if the severity of each is less than when experienced alone.

As used herein, "pharmaceutically acceptable" refers to a material that is not biologically or otherwise undesirable, i.e., the material may be incorporated into a pharmaceutical composition administered to a patient without causing any undesirable biological effects or interacting in a deleterious manner with any of the other components of the composition in which it is contained. When the term "pharmaceutically acceptable" is used to refer to a pharmaceutical carrier or

excipient, it is implied that the carrier or excipient has met the required standards of toxicological and manufacturing testing or that it is included on the Inactive Ingredient Guide prepared by the U.S. Food and Drug administration.

"Pharmacologically active" (or simply "active") as in a "pharmacologically active" (or "active") derivative or analog, refers to a derivative or analog having the same type of pharmacological activity as the parent compound and approximately equivalent in degree. The term "pharmaceutically acceptable salts" include acid addition salts which are formed with inorganic acids or organic acids. Salts formed with the free carboxyl groups can also be derived from inorganic bases and organic bases. Lists of suitable salts are found in *Remington's Pharmaceutical Sciences*, 17.sup.th Ed., (Mack Publishing Company, Easton, 1985), p. 1418, Berge et al., J. Pharm. Sci., 1977, 66 (1), 1-19 and in Stahl et al., *Handbook of Pharmaceutical Salts: Properties, Selection, and Use*, (Wiley, 2002).

Pharmaceutically acceptable salts can be formed from, for example, the following acids: 1-hydroxy-2-naphthoic acid; 2,2-dichloroacetic acid; 2-hydroxyethanesulfonic acid; 2-oxoglutaric acid; 4-acetamidobenzoic acid; 4-aminosalicylic acid; acetic acid; adipic acid; ascorbic acid (L); ascorbic acid (D); aspartic acid (L); aspartic acid (D); benzenesulfonic acid; benzoic acid; camphoric acid (+); camphoric acid (−); camphor-10-sulfonic acid (+); camphor-10-sulfonic acid (−); capric acid (decanoic acid); caproic acid (hexanoic acid); caprylic acid (octanoic acid); carbonic acid; cinnamic acid; citric acid; cyclamic acid; dodecylsulfuric acid; ethane-1,2-disulfonic acid; ethanesulfonic acid; formic acid; fumaric acid; galactaric acid; gentisic acid; glucoheptonic acid (D); glucoheptonic acid (L); gluconic acid (D); gluconic acid (L); glucuronic acid (D); glucuronic acid (L); glutamic acid; glutaric acid; glycerophosphoric acid; glycolic acid; hippuric acid; hydrobromic acid; hydrochloric acid; isobutyric acid; lactic acid (DL); lactobionic acid; lauric acid; maleic acid; malic acid (−L); malic acid (D); malonic acid; mandelic acid (DL); methanesulfonic acid; naphthalene-1,5-disulfonic acid; naphthalene-2-sulfonic acid; nicotinic acid; nitric acid; oleic acid; oxalic acid; palmitic acid; pamoic acid; phosphoric acid; proprionic acid; pyroglutamic acid (−L); pyroglutamic acid (D); salicylic acid; sebacic acid; stearic acid; succinic acid; sulfuric acid; tartaric acid (+L); tartaric acid (D); thiocyanic acid; toluenesulfonic acid (p); and/or undecylenic acid.

Pharmaceutically acceptable base addition salts may be formed with metals or amines, such as alkali and alkaline earth metals or organic amines. Salts derived from inorganic bases include, but are not limited to, sodium, potassium, lithium, ammonium, calcium, magnesium, iron, zinc, copper, manganese, aluminum salts and the like. Salts derived from organic bases include, but are not limited to, salts of primary, secondary, and tertiary amines, substituted amines including naturally occurring substituted amines, cyclic amines and basic ion exchange resins, for example, isopropylamine, trimethylamine, diethylamine, triethylamine, tripropylamine, ethanolamine, diethanolamine, 2-dimethylaminoethanol, 2-diethylaminoethanol, dicyclohexylamine, lysine, arginine, histidine, caffeine, procaine, N,N-dibenzylethylenediamine, chloroprocaine, hydrabamine, choline, betaine, ethylenediamine, ethylenedianiline, N-methylglucamine, glucosamine, methylglucamine, theobromine, purines, piperazine, piperidine, N-ethylpiperidine, polyamine resins and the like. See Berge et al., supra.

The phrase "therapeutically effective" is intended to qualify the amount of active ingredients used in the treatment of a disease or disorder or on the effecting of a clinical endpoint.

The term "therapeutically acceptable" refers to those compounds (or salts, tautomers, zwitterionic forms, etc.) which are suitable for use in contact with the tissues of patients without undue toxicity, irritation, and allergic response, are commensurate with a reasonable benefit/risk ratio, and are effective for their intended use.

As used herein, reference to "treatment" of a patient is intended to include prophylaxis. Treatment may also be preemptive in nature, i.e., it may include prevention of disease. Prevention of a disease may involve complete protection from disease, for example as in the case of prevention of infection with a pathogen or may involve prevention of disease progression. For example, prevention of a disease may not mean complete foreclosure of any effect related to the diseases at any level, but instead may mean prevention of the symptoms of a disease to a clinically significant or detectable level. Prevention of diseases may also mean prevention of progression of a disease to a later stage of the disease.

As used herein, "up-titration" of a compound refers to increasing the amount of a compound to achieve a therapeutic effect that occurs before dose-limiting intolerability for the patient. Up-titration can be achieved in one or more dose increments, which may be the same or different.

As used herein, the term "stable" with respect to pharmaceutical compositions, the pharmaceutical composition exhibits total impurities not more than 1.0% at ambient temperature (15-25° C.) and 75% relative humidity, when stored in high density polyethylene (HDPE) container for 7 or 35 days.

As used herein, the term "solid dosage form" or "dosage form" or "composition" as used herein means a solid dosage form suitable for administration, such as a tablet, capsule, spheroids, mini-tablets, pellets, granules, pills and the like.

As used herein, the term "filler" means an inert substance used to create the desired bulk, flow properties, and compression characteristics in the preparation of pharmaceutical composition.

As used herein, the term "binder" means an inert substance used to ensure that granules and/or tablets can be formed with the required mechanical strength and hold a tablet together after it has been compressed, preventing it from breaking down into its component powders during packaging, shipping and routine handling.

As used herein, the term "glidant" means an inert substance used to promote the flowability of a granulation.

As used herein, the term "low to medium" viscosity means a viscosity in the range of from about 15 mPas to about 1000 mPas. It is recognized in the art that determining the viscosity of cellulosic derivatives is based upon standard techniques and grading in the art e.g. for HPMC, viscosity may be determined at 20° C. with a 2% solution using a Ubbelohde viscometer.

Provided is a pharmaceutical composition comprising:

(a) granules comprising an active pharmaceutical ingredient, such as dichlorphenamide, or a pharmaceutically acceptable salt thereof, and one or more intragranular excipients; and

(b) an extragranular portion comprising at least one release modifier; wherein the release modifier is a hydroxypropyl methylcellulose or a mixture thereof,

wherein the composition has a dissolution profile of at least about 80% mean drug release between about 6 and

10 hours as measured using the paddle method (USP apparatus 2) with a stirring rate of 75 rotations per minute in 900 mL of phosphate buffer pH 8.0 with 0.5% hexadecyltrimethylammonium bromide at 37±0.5° C.

The pharmaceutical composition is a solid dosage form intended for oral administration. In some embodiments, the pharmaceutical composition is a tablet.

In some embodiments, the granules comprise dichlorphenamide, or a pharmaceutically acceptable salt thereof in an amount between about 25 mg and about 200 mg. In some embodiments, the granules comprise dichlorphenamide, or a pharmaceutically acceptable salt thereof in an amount between about 100 mg and about 200 mg. In some embodiments, the granules comprise 25 mg dichlorphenamide, or a pharmaceutically acceptable salt thereof. In some embodiments, the granules comprise 50 mg dichlorphenamide, or a pharmaceutically acceptable salt thereof. In some embodiments, the granules comprise 100 mg dichlorphenamide, or a pharmaceutically acceptable salt thereof. In some embodiments, the granules comprise 200 mg dichlorphenamide, or a pharmaceutically acceptable salt thereof.

In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the granules in an amount of between about 50% w/w and about 70% w/w. In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the granules in an amount of between about 60% w/w and about 65% w/w. In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the granules in an amount of about 62% w/w.

In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the pharmaceutical composition in an amount of between about 15% w/w and about 45% w/w. In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the pharmaceutical composition in an amount of between about 15% w/w and about 25% w/w. In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the pharmaceutical composition in an amount of about 20% w/w. In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the pharmaceutical composition in an amount of between about 35% w/w and about 45% w/w. In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof is present in the pharmaceutical composition in an amount of about 40% w/w.

In some embodiments, the one or more intragranular excipients are chosen from fillers, binders, and glidants.

In some embodiments, the one or more fillers are chosen from dibasic calcium phosphate, tribasic calcium phosphate, carmellose, sugar alcohols (such as mannitol, sorbitol, and xylitol), kaolin, lactose, sucrose, mannitol, cellulose, calcium carbonate, magnesium carbonate, starch, mixtures of isomaltulose derivatives (such as galenIQ), and mixtures thereof.

In some embodiments, the filler is lactose. In certain embodiments, the lactose is chosen from lactose monohydrate (such as Lactose FastFlo), lactose DT (direct tableting), lactose anhydrous, spray-dried monohydrate lactose, lactose-316 Fast Flo, microcrystalline cellulose co-processed with other excipients (such as microcrystalline cellulose coprocessed with lactose mono hydrate (MicroceLac 100) and microcrystalline cellulose co-processed with colloidal silicon dioxide (SMCCSO, Prosolv 50 and Prosolv HD 90), and mixtures thereof. In some embodiments, lactose is lactose monohydrate. The lactose monohydrate is amorphous, crystalline or a mixture thereof.



In some embodiments, the filler is starch. In certain embodiments, the starch is chosen from maize starch, potato starch, rice starch, wheat starch, pregelatinized starch, and mixtures thereof.

In some embodiments, the filler is cellulose. In certain embodiments, the cellulose is chosen from crystalline celluloses, powdered celluloses, and mixtures thereof. In some embodiments, crystalline cellulose is microcrystalline cellulose (such as such as Avicel PH 101, Avicel PH102, Avicel PH 200, Avicel PH 105, Avicel DG, Ceolus KG 802, Ceolus KG 1000, SMCCSO and Vivapur 200).

In some embodiments, the one or more fillers is a mixture of microcrystalline cellulose and lactose monohydrate.

In some embodiments, the one or more fillers is present in the granules in an amount of between about 20% w/w and about 40% w/w. In some embodiments, the one or more fillers is present in the granules in an amount of between about 25% w/w and about 35% w/w. In some embodiments, the one or more fillers is present in the granules in an amount of about 30% w/w.

In some embodiments, the one or more fillers is present in the pharmaceutical composition in an amount of between about 15% w/w and about 50% w/w. In some embodiments, the one or more fillers is present in the pharmaceutical composition in an amount of between about 15% w/w and about 25% w/w. In some embodiments, the one or more fillers is present in the pharmaceutical composition in an amount of about 19% w/w. In some embodiments, the one or more fillers is present in the pharmaceutical composition in an amount of between about 35% w/w and about 45% w/w. In some embodiments, the one or more fillers is present in the pharmaceutical composition in an amount of about 42% w/w.

In some embodiments, the one or more binders are chosen from hydroxypropyl celluloses in various grades, hydroxypropyl methylcelluloses in various grades, polyvinylpyrrolidones in various grades, copovidones, powdered acacia, gelatin, guar gum, carbomers, methylcelluloses, polymethacrylates, starches, and mixtures thereof.

In some embodiments, the binder is starch. In certain embodiments, the starch is chosen from maize starch, potato starch, rice starch, wheat starch, pregelatinized starch, and mixtures thereof. In some embodiments, starch is pregelatinized starch.

In some embodiments, the one or more binders is present in the granules in an amount of between about 5% w/w and about 15% w/w. In some embodiments, the one or more binders is present in the granules in an amount of between about 7% w/w and about 10% w/w.

In some embodiments, the one or more binders is present in the pharmaceutical composition in an amount of between about 2% w/w and about 10% w/w. In some embodiments, the one or more binders is present in the granules in an amount of between about 2% w/w and about 5% w/w.

In some embodiments, the one or more glidants are chosen from talc, colloidal silica (colloidal silicon dioxide), cornstarch, calcium silicate, magnesium silicate, colloidal silicon, silicon hydrogel, and mixtures thereof.

In some embodiments, the one or more glidants is colloidal silica, such as anhydrous colloidal silica.

In some embodiments, the one or more glidants is present in the granules in an amount of between about 0% w/w and about 2% w/w. In some embodiments, the one or more glidants is present in the granules in an amount of between about 0.3% w/w and about 0.5% w/w.

In some embodiments, the one or more glidants is present in the pharmaceutical composition in an amount of between about 0 and about 2% w/w. In some embodiments, the one or more glidants is present in the pharmaceutical composition in an amount of between about 0.3 and about 0.5% w/w.

In some embodiments, the release modifier is a hydroxypropyl methylcellulose or a mixture thereof chosen from low to medium viscosity hydroxypropyl methylcellulose and mixtures thereof. In some embodiments, the release modifier is a hydroxypropyl methylcellulose or a mixture thereof chosen from Methocel E, Methocel E3, Methocel E5, Methocel E6, Methocel E15, Methocel E50, Methocel K, Methocel K3, Methocel K4M, Methocel K15M, Methocel K100LV, Methocel K100M, Methocel, Hypromellose type 1828, Hypromellose type 2208, Hypromellose type 2906, Hypromellose type 2910, Metolose 60SH (Type 2910), Metolose 65SH (Type 2906), Metolose 90SH (Type 2208), Methocel A, Methocel A15, Methocel A4C, Methocel A15C, Methocel A4M, Metolose SM, and mixtures thereof. In some embodiments, the release modifier is chosen from Hypromellose K100LV and Hypromellose E50, and mixtures thereof. In some embodiments, the release modifier is a mixture of Hypromellose K100LV and Hypromellose E50.

In some embodiments, the release modifier is present in the pharmaceutical composition in an amount of between about 30% w/w and about 40% w/w. In some embodiments, the release modifier is present in the pharmaceutical composition in an amount of about 35% w/w.

In some embodiments, the extragranular portion further one or more extragranular excipients. In some embodiments, the one or more extragranular excipients comprises one or more lubricants. Lubricants can be present in an amount of about 0% w/w to about 10% by weight. Non-limiting examples of lubricants include magnesium stearate, stearic acid (stearin), hydrogenated oil, polyethylene glycol, sodium stearyl fumarate, and glyceryl behenate. In some embodiments, the lubricant is magnesium stearate.

In some embodiments, the one or more extragranular excipients comprises one or more fillers.

In some embodiments, the granules comprise:

an active pharmaceutical ingredient;
microcrystalline cellulose;
lactose monohydrate;
pregelatinized starch; and
colloidal silica.

In some embodiments, the extragranular portion comprises: hydroxypropyl methylcellulose or a mixture thereof;

microcrystalline cellulose;
colloidal silica; and
magnesium stearate.

In some embodiments, the patient may receive a dose of between 50 mg twice daily and 100 mg twice daily. In some embodiments, the dose is 50 mg once daily. In some embodiments, the dose is 50 mg once every other day. In some embodiments, the dose is 25 mg once daily. In some embodiments, the dose is 25 mg once every other day.

In some embodiments, the therapeutically effective amount of the dichlorphenamide, or a pharmaceutically acceptable salt thereof, is between 25 mg and 200 mg per day.

In some embodiments, the therapeutically effective amount of the dichlorphenamide, or a pharmaceutically acceptable salt thereof, is 50 mg twice daily.

In some embodiments, the dichlorphenamide, or a pharmaceutically acceptable salt thereof, is administered via a titration scheme that comprises the up-titration of the dichlorphenamide, or a pharmaceutically acceptable salt thereof, at weekly intervals until a modified dose is administered. In some embodiments, the modified dose of the dichlorphenamide, or a pharmaceutically acceptable salt thereof, is 200 mg.



Also provided is a method of treating primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, or related variants in a patient in need thereof, comprising administering to the patient, a pharmaceutical composition described herein. Also provided is a method for treating a disease chosen from primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, and related variants in a subject in need thereof, wherein the subject is being administered an organic anion transporter-1 (OAT1) substrate for the treatment of a disease or disorder, the method comprising: discontinuing administration of the OAT1 substrate, and administering to the subject a therapeutically effective amount of dichlorphenamide, or a pharmaceutically acceptable salt thereof, thereby avoiding the use of dichlorphenamide, or a pharmaceutically acceptable salt thereof in combination with the OAT1 substrate. The concomitant administration of dichlorphenamide may increase the mean plasma elimination half-life of a number of drugs that are OAT1 substrates, leading to increased plasma concentrations. In certain embodiments, the OAT1 substrate is a drug that is sensitive to OAT1 inhibition. As used herein, "sensitive" means that in the presence of a potent OAT1 inhibitor, the blood levels of the substrate increase to a clinically relevant extent. In certain embodiments, the OAT1 substrate is chosen from methotrexate, famotidine, and oseltamivir. See, e.g., PCT/US19/63505, filed Nov. 27, 2019; PCT/US2019/063507, filed Nov. 27, 2019; and PCT/US2020/014250, filed Jan. 20, 2020, each of which is incorporated by reference for all purposes. See, also, U.S. application Ser. No. 16/201,410, filed Nov. 27, 2018, Ser. No. 16/780,057, filed Feb. 3, 2020, Ser. No. 16/535,704, filed Aug. 8, 2019, Ser. No. 16/205,602, filed Nov. 30, 2018, Ser. No. 16/540,447, filed Aug. 14, 2019, Ser. No. 16/540,450, filed Aug. 14, 2019, Ser. No. 16/540,456, filed Aug. 14, 2019, Ser. No. 16/540,461, filed Aug. 14, 2019, Ser. No. 16/540,464, filed Aug. 14, 2019, Ser. No. 16/540,468, filed Aug. 14, 2019, Ser. No. 16/253,515, filed Jan. 22, 2019, and Ser. No. 16/535,692, filed Aug. 8, 2019, each of which is incorporated by reference for all purposes.

In some embodiments, the disease chosen from primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, and related variants; Aland Island eye disease atrial fibrillation, Brugada syndrome, cardiomyopathy, cerebellar syndrome, cone-rod dystrophy, cystoid macular edema of retinitis pigmentosa, Dravet syndrome, epilepsy, epileptic encephalopathy, episodic ataxia, myokymia syndrome, episodic pain syndrome, hemiplegic migraine, febrile seizures, heart block, intracranial hypertension, long QT syndrome, neuropathy, night blindness, paroxysmal exercise-induced dyskinesia, Rett syndrome, sick sinus syndrome, spinocerebellar ataxia, sudden infant death syndrome (SIDS), Timothy syndrome, and ventricular fibrillation.

In some embodiments, the disease chosen from primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, and related variants. In some embodiments, the disease primary hyperkalemic periodic paralysis. In some embodiments, the disease is primary hypokalemic periodic paralysis. In some embodiments, the disease is a related variant to primary hyperkalemic periodic paralysis. In some embodiments, the disease is a related variant to primary hypokalemic periodic paralysis.

In some embodiments, the disease is Aland Island eye disease. In some embodiments, the disease is atrial fibrillation, such as familial atrial fibrillation. In some embodiments, the disease is Brugada syndrome, such as type 1 or type 3. In some embodiments, the disease is cardiomyopathy, such as dilated cardiomyopathy. In some embodiments, the disease is cerebellar syndrome in phosphomannomutase 2 (PMM2) deficiency, a congenital disorder of glycosylation. In some embodiments, the disease is cone-rod dystrophy, such as X-linked cone-rod dystrophy. In some embodiments, the disease is cystoid macular edema of retinitis pigmentosa. In some embodiments, the disease is Dravet syndrome. In some embodiments, the disease is epilepsy, such as generalized epilepsy, epilepsy type two, or epilepsy with febrile seizures. In some embodiments, the disease is epileptic encephalopathy, early infantile epileptic encephalopathy, which is an autosomal dominant form of the disease. In some embodiments, the disease is episodic ataxia, such as type 1, type 2, or type 5, or myokymia syndrome. In some embodiments, the disease is episodic pain syndrome, such as familial episodic pain syndrome. In some embodiments, the disease is hemiplegic migraine types, familial hemiplegic migraine types 1 and 3. In some embodiments, the disease is febrile seizures, such as familial febrile seizures. In some embodiments, the disease is heart block, such as nonprogressive heart block, and progressive heart block type IA. In some embodiments, the disease is intracranial hypertension, such as idiopathic intracranial hypertension. In some embodiments, the disease is long QT syndrome-3. In some embodiments, the disease is neuropathy, hereditary neuropathy, sensory neuropathy, and autonomic neuropathy type VII. In some embodiments, the disease is night blindness, such as congenital stationary night blindness, and X-linked night blindness. In some embodiments, the disease is paroxysmal exercise-induced dyskinesia. In some embodiments, the disease is Rett syndrome. In some embodiments, the disease is sick sinus syndrome. In some embodiments, the disease is spinocerebellar ataxia, such as spinocerebellar ataxia type 6. In some embodiments, the disease is sudden infant death syndrome (SIDS). In some embodiments, the disease is Timothy syndrome. In some embodiments, the disease is ventricular fibrillation, such as familial ventricular fibrillation.

Also provided is a process for the production of a pharmaceutical composition of any one of the preceding claims comprising:

mixing the granules comprising the active pharmaceutical ingredient, the at least one release modifier, and optionally, the one or more extragranular excipients to form a tablet blend; and

compressing the tablet blend to form a tablet.

In some embodiments, the granules are prepared by a process comprising: wet granulating a mixture of the active pharmaceutical ingredient, and the one or more intragranular excipients; and drying the wet granules.



The various embodiments described above can be combined to provide further embodiments. All references, including the U.S. patents, U.S. patent application publications, U.S. patent applications, foreign patents, foreign patent applications and non-patent publications referred to in this specification and/or listed in the Application Data Sheet, are incorporated herein by reference, in their entirety. Aspects of the embodiments can be modified, if necessary to employ concepts of the various patents, applications and publications to provide yet further embodiments. The discussion of those references is intended merely to summarize the assertions made by their authors. No admission is made that any reference (or a portion of any reference) is relevant prior art (or prior art at all). Applicant reserves the right to challenge the accuracy and pertinence of the cited references.

These and other changes can be made to the embodiments in light of the above-detailed description. In general, in the following claims, the terms used should not be construed to limit the claims to the specific embodiments disclosed in the specification and the claims, but should be construed to include all possible embodiments along with the full scope of equivalents to which such claims are entitled. Accordingly, the claims are not limited by the disclosure.

It is understood that the foregoing detailed description and accompanying examples are merely illustrative and are not to be taken as limitations upon the scope of the invention, which is defined solely by the appended claims and their equivalents. Various changes and modifications to the disclosed embodiments will be apparent to those skilled in the art. Such changes and modifications, including without limitation those relating to the chemical structures, substituents, derivatives, intermediates, syntheses, formulations, or methods, or any combination of such changes and modifications of use of the invention, may be made without departing from the spirit and scope thereof.

What is claimed is:

1. A method of administering dichlorphenamide to treat primary hyperkalemic periodic paralysis or primary hypokalemic periodic paralysis in a human subject in need thereof, wherein the subject is being administered famotidine for the treatment of a disease or disorder, the method comprising:

discontinuing administration of the famotidine to the subject, and

administering dichlorphenamide in tablet form to the subject at an initial dose of 50 mg, once or twice daily, thereby avoiding concomitant administration of famotidine and dichlorphenamide to the subject.

* * * * *

# Exhibit B

**DICHLORPHENAMIDE- dichlorphenamide tablet**
**Rising Pharma Holdings, Inc.**

----------

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use DICHLORPHENAMIDE TABLETS safely and effectively. See full prescribing information for DICHLORPHENAMIDE TABLETS.**

**DICHLORPHENAMIDE tablets, for oral use**

**Initial U.S. Approval: 1958**

**INDICATIONS AND USAGE**

Dichlorphenamide tablets are an oral carbonic anhydrase inhibitor indicated for the treatment of primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, and related variants (1)

**DOSAGE AND ADMINISTRATION**

- Initiate dosing at 50 mg by mouth once or twice daily (2.1)
- Titrate up or down dose based on individual response (2.1)
- The minimum recommended dosage is 50 mg daily, and the maximum recommended dosage is 200 mg daily (2.1)
- Evaluate response to dichlorphenamide tablets after 2 months of treatment (2.2)

**DOSAGE FORMS AND STRENGTHS**

Tablets: 50 mg (3)

**CONTRAINDICATIONS**

- Hepatic insufficiency (4)
- Severe pulmonary obstruction (4)
- Hypersensitivity to dichlorphenamide or other sulfonamides (4)
- Concomitant use with high dose aspirin (4)

**WARNINGS AND PRECAUTIONS**

- Hypersensitivity and Other Life-Threatening Reactions: discontinue dichlorphenamide at the first appearance of skin rash or any sign of immune-mediated or idiosyncratic adverse reaction (5.1)
- Hypokalemia: baseline and periodic measurements of serum potassium are recommended; if hypokalemia develops or persists, consider reducing the dose or discontinuing dichlorphenamide and correcting potassium levels (5.3)
- Metabolic acidosis: baseline and periodic measurements of serum bicarbonate are recommended; if metabolic acidosis develops or persists, consider reducing the dose or discontinuing dichlorphenamide (5.4)
- Falls: consider reducing the dose or discontinuing dichlorphenamide in patients who experience falls (5.5)

**ADVERSE REACTIONS**

Most common adverse reactions (incidence at least 10% and greater than placebo) include paresthesias, cognitive disorder, dysgeusia, and confusional state (6.1)
**To report SUSPECTED ADVERSE REACTIONS, contact Rising Pharma Holdings, Inc. at 1-844-874-7464, or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**DRUG INTERACTIONS**

Aspirin: anorexia, tachypnea, lethargy, and coma have been reported with concomitant use of dichlorphenamide and high-dose aspirin. The concomitant use of dichlorphenamide tablets and high-dose aspirin is contraindicated. Dichlorphenamide tablets should be used with caution in patients receiving lower doses of aspirin (4, 5.2, 7.1)

**USE IN SPECIFIC POPULATIONS**

Pregnancy: Based on animal data, may cause fetal harm (8.1)
**See 17 for PATIENT COUNSELING INFORMATION.**

**Revised: 11/2025**

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
2.1 Dosage Information
2.2 Monitoring to Assess Effectiveness
2.3 Monitoring to Assess Safety
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
5.1 Hypersensitivity and Other Life-Threatening Reactions
5.2 Concomitant Use of Aspirin or Other Salicylates
5.3 Hypokalemia
5.4 Metabolic Acidosis
5.5 Falls
**6 ADVERSE REACTIONS**
6.1 Clinical Trials Experience
6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**
7.1 Aspirin and Other Salicylates
7.2 Drugs that are Substrates of Organic Anion Transporter1 (OAT1)
7.3 Drugs that Cause Hypokalemia
7.4 Drugs that Cause Metabolic Acidosis
7.5 Drugs that are Inhibitors of OAT1 or OAT3
**8 USE IN SPECIFIC POPULATIONS**
8.1 Pregnancy
8.2 Lactation
8.4 Pediatric Use
8.5 Geriatric Use
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**
* Sections or subsections omitted from the full prescribing information are not listed.

## FULL PRESCRIBING INFORMATION

## 1 INDICATIONS AND USAGE

Dichlorphenamide tablets are indicated for the treatment of primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, and related variants.

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Dosage Information

Initiate dosing at 50 mg by mouth once or twice daily. The dosage may be increased or decreased based on individual response, at weekly intervals (or sooner in case of adverse reaction). The minimum recommended total daily dosage is 50 mg, and the maximum recommended total daily dosage is 200 mg.

### 2.2 Monitoring to Assess Effectiveness

Primary hyperkalemic periodic paralysis, primary hypokalemic periodic paralysis, and related variants are a heterogeneous group of conditions, for which the response to dichlorphenamide may vary. Therefore, prescribers should evaluate the patient's response to dichlorphenamide after 2 months of treatment to decide whether dichlorphenamide tablets should be continued.

### 2.3 Monitoring to Assess Safety

Baseline and periodic measurements of serum potassium and sodium bicarbonate during dichlorphenamide treatment is recommended *[see Warnings and Precautions (5.3, 5.4)]*.

## 3 DOSAGE FORMS AND STRENGTHS

Dichlorphenamide tablet USP, 50 mg is white colored flat round tablet with beveled edge, scored on one side and engraved with "C" above and "43" below on other side.

## 4 CONTRAINDICATIONS

Dichlorphenamide is contraindicated in the following circumstances:

- Hypersensitivity to dichlorphenamide or other sulfonamides *[see Warnings and Precautions (5.1)]*
- Concomitant use of dichlorphenamide and high dose aspirin *[see Warnings and Precautions (5.2) and Drug Interactions (7.1)]*
- Severe pulmonary disease, limiting compensation to metabolic acidosis caused by dichlorphenamide *[see Warnings and Precautions (5.4)]*
- Hepatic insufficiency: dichlorphenamide may aggravate hepatic encephalopathy.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Hypersensitivity and Other Life-Threatening Reactions

Fatalities associated with the administration of sulfonamides have occurred because of adverse reactions including Stevens-Johnson syndrome, toxic epidermal necrolysis, fulminant hepatic necrosis, agranulocytosis, aplastic anemia and other blood dyscrasias.

Pulmonary involvement can occur in isolation or as part of a systemic reaction.

Dichlorphenamide should be discontinued at the first appearance of skin rash or any sign of immune-mediated or other life-threatening adverse reaction.

### 5.2 Concomitant Use of Aspirin or Other Salicylates

Carbonic anhydrase inhibitors, including dichlorphenamide, can cause metabolic acidosis *[see Warnings and Precautions (5.4)]*, which can increase the risk of salicylate toxicity. Anorexia, tachypnea, lethargy, and coma have been reported with concomitant use of dichlorphenamide and high-dose aspirin. Therefore, the concomitant use of dichlorphenamide and high-dose aspirin is contraindicated. Patients with concomitant use of dichlorphenamide and low-dose aspirin should be carefully monitored.

### 5.3 Hypokalemia

Dichlorphenamide increases potassium excretion and can cause hypokalemia. The risk of hypokalemia is greater when dichlorphenamide is used in patients with conditions associated with hypokalemia (e.g., adrenocortical excess, renal tubular acidosis type 1 and 2), and in patients receiving other drugs that may cause hypokalemia *[see Drug Interactions (7.3)]*.

Baseline and periodic measurements of serum potassium during dichlorphenamide treatment is recommended.

If hypokalemia develops or persists, consideration should be given to reducing the dose or discontinuing dichlorphenamide and correction of potassium levels.

### 5.4 Metabolic Acidosis

Dichlorphenamide can cause hyperchloremic non-anion gap metabolic acidosis. Concomitant use of dichlorphenamide with other drugs that cause metabolic acidosis may increase the severity of acidosis. Concomitant use of dichlorphenamide in compensated patients with respiratory acidosis, such as in advanced lung diseases, may lead to respiratory decompensation.

Baseline and periodic measurements of serum bicarbonate during dichlorphenamide treatment are recommended.

If metabolic acidosis develops or persists, consideration should be given to reducing the dose or discontinuing dichlorphenamide *[see Drug Interactions (7.4)]*.

### 5.5 Falls

Dichlorphenamide increases the risk of falls. The risk of falls is greater in the elderly and with higher doses of dichlorphenamide. Consider dose reduction or discontinuation of dichlorphenamide in patients who experience falls while treated with dichlorphenamide.

## 6 ADVERSE REACTIONS

The following serious adverse reactions are described elsewhere in labeling:

- Hypersensitivity and Other Life-Threatening Reactions *[see Warnings and Precautions (5.1)]*
- Hypokalemia *[see Warnings and Precautions (5.3)]*

- Metabolic Acidosis *[see Warnings and Precautions (5.4)]*
- Falls *[see Warnings and Precautions (5.5)]*

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

In a 9-week randomized controlled trial in adults with hyperkalemic or hypokalemic periodic paralysis (Study 1), the most common adverse reactions in patients treated with dichlorphenamide, with rates greater than placebo, were paresthesia, cognitive disorder, dysgeusia, and confusional state. The mean dose of dichlorphenamide was 94 mg/day in patients with hypokalemic periodic paralysis and 82 mg/day in patients with hyperkalemic periodic paralysis.

Table 1 lists the incidence of adverse reactions that occurred in ≥ 5% of patients treated with dichlorphenamide and more commonly than in patients treated with placebo in Study 1.

**Table 1: Adverse Reactions in Patients Treated with dichlorphenamide with Incidence ≥ 5% and more common than in Patients Treated with Placebo in Study 1**

| | Adverse Reaction | Dichlorphenamide N = 36 (%) | Placebo N = 29 (%) |
|---|---|---|---|
| Nervous system disorders | Paresthesia | 44 | 14 |
| | Cognitive disorder* | 14 | 7 |
| | Dysgeusia | 14 | 0 |
| | Confusional state | 11 | 0 |
| | Headache | 8 | 7 |
| | Hypoesthesia | 8 | 0 |
| | Lethargy | 8 | 0 |
| | Dizziness | 6 | 0 |
| Gastrointestinal disorders | Diarrhea | 6 | 3 |
| | Nausea | 6 | 0 |
| General disorders and administration site conditions | Fatigue | 8 | 0 |
| | Malaise | 6 | 0 |
| Investigations | Weight decreased | 6 | 0 |
| Musculoskeletal and connective tissue disorders | Muscle spasms | 8 | 0 |
| | Arthralgia | 6 | 3 |
| | Muscle twitching | 6 | 0 |
| Respiratory | Dyspnea | 6 | 0 |
| | Pharyngolaryngeal pain | 6 | 0 |
| Skin | Rash | 8 | 0 |
| | Pruritus | 6 | 0 |

*Cognitive disorder combined cases with the preferred terms of cognitive disorder, disturbance in attention, and mental impairment.

## 6.2 Postmarketing Experience

Adverse reactions have been identified during postapproval use of dichlorphenamide. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

The following are adverse reactions which have been reported during postapproval use of dichlorphenamide and were serious or are not reported in the previous section of labeling *[see Clinical Trials Experience (6.1)]*: amnesia, cardiac failure, condition aggravated, convulsion, hallucination, nephrolithiasis, pancytopenia, psychotic disorder, renal tubular necrosis, stupor, syncope, tremor.

# 7 DRUG INTERACTIONS

## 7.1 Aspirin and Other Salicylates

Carbonic anhydrase inhibitors, including dichlorphenamide, can cause metabolic acidosis *[see Warnings and Precautions (5.2, 5.4)]*, which can increase the risk of salicylate toxicity. Anorexia, tachypnea, lethargy, and coma have been reported with concomitant use of dichlorphenamide and high-dose aspirin. Therefore, concomitant use of dichlorphenamide and high-dose aspirin is contraindicated. Patients with concomitant use of dichlorphenamide and low-dose aspirin should be carefully monitored *[see Contraindications (4) and Warnings and Precautions (5.2)]*.

## 7.2 Drugs that are Substrates of Organic Anion Transporter1 (OAT1)

*In vitro*, dichlorphenamide is an inhibitor of OAT1 transporters. The concomitant administration of dichlorphenamide may increase the plasma exposures of OAT1 substrates. Use of dichlorphenamide with drugs that are sensitive to OAT1 inhibition (e.g., methotrexate, famotidine, oseltamivir) is not recommended *[see Clinical Pharmacology (12.3)]*.

## 7.3 Drugs that Cause Hypokalemia

The risk of hypokalemia is greater with coadministration of dichlorphenamide and other drugs that can cause hypokalemia (e.g., loop diuretics, thiazide diuretics, laxatives, antifungals, penicillins, and theophylline) *[see Warnings and Precautions (5.3)]*.

## 7.4 Drugs that Cause Metabolic Acidosis

Coadministration of dichlorphenamide and other drugs that can cause metabolic acidosis may increase the severity of the acidosis *[see Warnings and Precautions (5.4)]*.

## 7.5 Drugs that are Inhibitors of OAT1 or OAT3

An *in vitro* transporter study indicated that dichlorphenamide is a substrate of human transporters OAT1 and OAT3 *[see Clinical Pharmacology (12.3)]*. Therefore, signs of dichlorphenamide toxicity should be monitored when administered with OAT1 or OAT3 inhibitors.

# 8 USE IN SPECIFIC POPULATIONS

## 8.1 Pregnancy

Risk Summary

There are no adequate data on the developmental risk associated with the use of dichlorphenamide in pregnant women. A no-effect dose has not been established. Dichlorphenamide was teratogenic when administered orally to pregnant rats.

The background risk of major birth defects and miscarriage for the indicated population is unknown. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4%, and 15% to 20%, respectively.

Clinical Considerations

*Fetal/Neonatal adverse reactions*
Dichlorphenamide treatment can cause metabolic acidosis *[see Warnings and Precautions (5.4)]*. The effect of dichlorphenamide-induced metabolic acidosis has not been studied in pregnancy; however, metabolic acidosis in pregnancy (due to other causes) can cause decreased fetal growth, decreased fetal oxygenation, and fetal death, and may affect the fetus' ability to tolerate labor. Pregnant patients should be monitored for metabolic acidosis and treated as in the nonpregnant state. Newborns of mothers treated with dichlorphenamide should be monitored for metabolic acidosis because of possible occurrence of transient metabolic acidosis following birth.

*Labor or Delivery*
Although the effect of dichlorphenamide on labor and delivery in humans has not been established, the development of dichlorphenamide-induced metabolic acidosis in the mother and/or in the fetus might affect the fetus' ability to tolerate labor.

Data

*Animal Data*
Teratogenic effects (fetal limb reduction defects) were reported following oral administration of dichlorphenamide to pregnant rats during organogenesis at 350 mg/kg, or 17 times the maximum recommended human dose (200 mg/day) on a body surface area ($mg/m^2$) basis. A no-effect dose for adverse effects on embryofetal development has not been established.

## 8.2 Lactation

Risk Summary

There are no data on the presence of dichlorphenamide in human milk, the effects on the breastfed infant, or the effects on milk production.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for dichlorphenamide and any potential adverse effects on the breastfed infant from dichlorphenamide or from the underlying maternal condition.

## 8.4 Pediatric Use

Safety and effectiveness of dichlorphenamide in pediatric patients have not been established.

### 8.5 Geriatric Use

The risk of falls and of metabolic acidosis are greater in elderly patients *[see Warnings and Precautions (5.4, 5.5)]*.

## 10 OVERDOSAGE

Symptoms of overdosage or toxicity may include drowsiness, anorexia, nausea, vomiting, dizziness, ataxia, tremor, and tinnitus.

In the event of overdosage, induce emesis or perform gastric lavage. The electrolyte disturbances most likely to be encountered from overdosage are hypokalemia and hyperchloremic metabolic acidosis.

## 11 DESCRIPTION

Dichlorphenamide tablets USP contain dichlorphenamide, an oral carbonic anhydrase inhibitor. Dichlorphenamide USP, a dichlorinated benzenedisulfonamide, is known chemically as 4, 5– dichloro- 1,3-benzenedisulfonamide.

Its empirical formula is $C_6H_6Cl_2N_2O_4S_2$ and its structural formula is:




Dichlorphenamide USP is a white or practically white crystalline powder with a molecular weight of 305.16. It is soluble in 10% w/v sodium hydroxide solution, sparingly soluble in 10% w/v sodium carbonate solution and very slightly to practically insoluble in water.

Dichlorphenamide tablets USP are supplied as tablets, for oral administration, each containing 50 mg dichlorphenamide USP. Inactive ingredients are colloidal silicon dioxide, lactose monohydrate, magnesium stearate and pregelatinized starch.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Dichlorphenamide is a carbonic anhydrase inhibitor. However, the precise mechanism by which dichlorphenamide exerts its therapeutic effects in patients with primary periodic paralysis is unknown.

### 12.2 Pharmacodynamics

Dichlorphenamide can cause metabolic acidosis, which can increase the risk of salicylate toxicity with coadministration *[see Warnings and Precautions (5.2)]*. Dichlorphenamide-induced metabolic acidosis can also increase in severity with coadministration of other drugs that cause metabolic acidosis *[see Warnings and Precautions (5.4)]*.

### 12.3 Pharmacokinetics

After single-dose administration in healthy subjects in fasted state, dichlorphenamide $C_{max}$ and AUC increased in a dose-proportional manner within the range of 25 mg to 400 mg (2 times the maximum recommended dose). The steady-state is expected to be achieved within 10 days of twice-daily dosing.

<u>Absorption</u>

The median time to reach maximum concentration ($T_{max}$) of dichlorphenamide was about 1.5 to 3 hours postdose after both single and multiple dose administrations.

<u>Distribution</u>

The plasma protein binding of dichlorphenamide is approximately 88%.

<u>Elimination</u>

Following a single-dose administration, mean terminal half-life was in the range of 32 to 66 hours.

<u>Metabolism</u>

Dichlorphenamide is not a substrate for CYP1A2, CYP2B6, CYP2C8, CYP2C9, CYP2C19, CYP2D6 and CYP3A4 isoforms when tested *in vitro*.

<u>Drug Interaction Studies</u>

*In vitro Assessment of Drug Interactions*

*Drug-Metabolizing Enzyme Inhibition*

Dichlorphenamide is not an inhibitor for CYP1A2, 2B6, 2C8, 2C9, 2C19, 2D6, or 3A4 enzymes when tested *in vitro.*

*Drug-Metabolizing Enzyme Induction*

Dichlorphenamide is not an inducer for CYP1A2, 2B6, or 3A4 enzymes when tested *in vitro*.

*In vitro Assessment of Transporter-Drug Interactions*

Dichlorphenamide is neither a substrate nor inhibitor for p-gp, BCRP, OATP1B1, OATP1B3, OAT2, OAT4, OCT1, OCT2, MATE1, or MATE2-K when tested *in vitro*.

Dichlorphenamide is not an inhibitor of OAT3, but is an inhibitor of OAT1 based on *in vitro* studies *[see Drug Interactions (7.4)].*

Dichlorphenamide is a substrate for transporters OAT1 and OAT3 based on *in vitro* studies *[see Drug Interactions (7.2)].*

*In Vivo Drug Interactions*
The use of dichlorphenamide in combination with high-dose aspirin is contraindicated as it may lead to salicylate toxicity. The mechanism(s) of this interaction is not known.

Specific Populations

*Geriatrics*

The pharmacokinetics of dichlorphenamide in the elderly has not been determined.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

Studies to assess the carcinogenic potential of dichlorphenamide have not been conducted.

Mutagenesis

Studies to assess the genotoxicity of dichlorphenamide have not been conducted.

Impairment of Fertility

Studies to assess the effects of dichlorphenamide on fertility have not been conducted.

## 14 CLINICAL STUDIES

The efficacy of dichlorphenamide tablets was evaluated in two clinical studies, Study 1 and Study 2.

Study 1

Study 1 was a 9-week, double-blind, placebo-controlled multi-center study. Study 1 consisted of two substudies: a substudy in patients with hypokalemic periodic paralysis (n=44), and a substudy in patients with hyperkalemic periodic paralysis (n=21). The primary efficacy endpoint in both substudies was the average number of self-reported attacks of muscle weakness per week over the final 8 weeks of the trial. Withdrawal from the study for acute severe worsening (increase in attack frequency or severity) was also assessed as an endpoint.

In Study 1, the dose of dichlorphenamide tablets was 50 mg b.i.d. for treatment-naïve patients. Patients already on dichlorphenamide prior to the study continued on the same dose while on dichlorphenamide during the study. In patients taking acetazolamide prior to the study, the dose of dichlorphenamide was set at 20% of the acetazolamide dose. Dose reduction for tolerability was permitted.

*Hypokalemic Periodic Paralysis Substudy of Study 1*

In the hypokalemic periodic paralysis substudy, median age of patients was 45 years and 73% of patients were male. Patients treated with dichlorphenamide (n=24) had 2.2 fewer attacks per week than patients (n=20) treated with placebo (p=0.02). None of the patients randomized to dichlorphenamide reached the endpoint of withdrawal from the study for acute worsening, vs. five patients randomized to placebo. The mean dose of dichlorphenamide at Week 9 was 94 mg/day.

*Hyperkalemic Periodic Paralysis Substudy of Study 1*

In the Hyperkalemic Periodic Paralysis substudy, median age of patients was 43 years

and 43% of patients were male. During the double-blind treatment period, patients treated with dichlorphenamide (n=12) had 3.9 fewer attacks per week than patients (n=9) treated with placebo (p=0.08). None of the patients randomized to dichlorphenamide reached the endpoint of withdrawal from the study for acute worsening, vs. two patients randomized to placebo. The mean dose of dichlorphenamide at Week 9 was 82 mg/day.

Study 2

Study 2 was a 35-week, double-blind, placebo-controlled, multi-center, two-period crossover study. Study 2 also consisted of two substudies: a substudy in patients with hypokalemic periodic paralysis (n=42), and a substudy in patients with hyperkalemic periodic paralysis (n=31), including patients with Paramyotonia Congenita. The primary endpoint in the hypokalemic periodic paralysis substudy was the incidence of acute intolerable worsening (based on attack frequency or severity) necessitating withdrawal. The primary endpoint in the hyperkalemic periodic paralysis substudy was the average number of self-reported attacks of muscle weakness per week. Dosing was determined similarly to Study 1.

*Hypokalemic Periodic Paralysis Substudy of Study 2*

The hypokalemic periodic paralysis substudy included patients with a mean age of 38 years; 79% of patients were male. Acute intolerable worsening was observed in 2 patients on dichlorphenamide vs. 11 patients on placebo (p=0.02). The mean dose of dichlorphenamide at the end of the study was 96 mg/day.

*Hyperkalemic Periodic Paralysis Substudy of Study 2*

The hyperkalemic periodic paralysis substudy included patients with a mean age of 37 years; and 79% of patients were male. Patients treated had 2.3 fewer attacks per week on dichlorphenamide than on placebo (p=0.006). The mean dose of dichlorphenamide at the end of the study was 73 mg/day.

## 16 HOW SUPPLIED/STORAGE AND HANDLING

Each dichlorphenamide tablet USP, 50 mg is white colored flat round tablet with beveled edge, scored on one side and engraved with "C" above and "43" below on other side. They are supplied as follows:

Bottles of 100..........................................NDC 16571-242-01

Store at 20° to 25°C (68° to 77°F); excursions permitted to 15° to 30°C (59° to 86°F) [See USP Controlled Room Temperature].

## 17 PATIENT COUNSELING INFORMATION

Worsening of Symptoms
Advise patients to notify their physician if they experience acute worsening of symptoms of periodic paralysis.

Hypersensitivity and Other Life-Threatening Reactions
Inform patients that hypersensitivity and immune mediated reactions can occur with dichlorphenamide, and could be fatal. Advise patients to discontinue dichlorphenamide

and notify their healthcare provider immediately if they develop a rash or signs and symptoms of anaphylaxis or other life-threatening reactions *[see Warnings and Precautions (5.1)]*.

<u>Drug Interactions</u>
Instruct patients to notify their healthcare provider of all of the drugs and over-the-counter medications that they take and to not take aspirin or other salicylates without first discussing with their healthcare provider *[see Drug Interactions (7.1, 7.2, 7.3, 7.4)]*.

<u>Metabolic Acidosis</u>
Instruct patients to contact their healthcare provider immediately if they develop possible manifestations of metabolic acidosis (e.g., fast breathing, fatigue/tiredness, loss of appetite, or irregular heart beat or palpitations) *[see Warnings and Precautions (5.4)]*.

<u>Falls</u>
Inform patients that dichlorphenamide can increase their risk of falls *[see Warnings and Precautions (5.5)]*.

<u>Cognitive Impairment</u>
Advise patients to notify their healthcare provider if they experience symptoms of cognitive impairment including confusion and memory lapse *[see Adverse Reactions (6.1)]*.

<u>Driving and Operating Machinery</u>
Dichlorphenamide may cause drowsiness/fatigue in some patients *[see Adverse Reactions (6.1)]*. Caution patients on the potential for impaired ability to drive and operate machinery.

**Manufactured for:**

Rising Pharma Holdings, Inc.

East Brunswick, NJ 08816

Made in India

Code: TS/DRUGS/19/1993

**Revised:** 03/2025

PIR24201-01

**PRINCIPAL DISPLAY PANEL**

**Dichlorphenamide tablet USP 50mg**
**NDC 16571-242-01**



# DICHLORPHENAMIDE

dichlorphenamide tablet

## Product Information

| | | | |
|---|---|---|---|
| **Product Type** | HUMAN PRESCRIPTION DRUG | **Item Code (Source)** | NDC:16571-242 |
| **Route of Administration** | ORAL | | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **DICHLORPHENAMIDE** (UNII: VVJ6673MHY) (DICHLORPHENAMIDE - UNII:VVJ6673MHY) | DICHLORPHENAMIDE | 50 mg |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **LACTOSE MONOHYDRATE** (UNII: EWQ57Q8I5X) | |
| **STARCH, CORN** (UNII: O8232NY3SJ) | |
| **SILICON DIOXIDE** (UNII: ETJ7Z6XBU4) | |
| **MAGNESIUM STEARATE** (UNII: 70097M6I30) | |

## Product Characteristics

| | | | |
|---|---|---|---|
| **Color** | white | **Score** | 2 pieces |
| **Shape** | ROUND (flat beveled edged) | **Size** | 6mm |
| **Flavor** | | **Imprint Code** | C;43 |
| **Contains** | | | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:16571-242-01 | 100 in 1 BOTTLE; Type 0: Not a Combination Product | 11/18/2025 | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA218783 | 11/18/2025 | |

**Labeler -** Rising Pharma Holdings, Inc. (116880195)

**Registrant -** Rising Pharma Holdings, Inc. (116880195)

## Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Aurobindo Pharma Limited | | 918917642 | manufacture(16571-242) , analysis(16571-242) |